| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: | JAMES ORENSTEIN | DATE: | 10/19/2017 |
| | U.S. MAGISTRATE JUDGE | TIME: | 11:30 a.m. |

*Gustavia Home LLC v. VVS1 Corp. et al.*
17-CV-4330 (ERK) (JO)

TYPE OF CONFERENCE: Initial

APPEARANCES:  Plaintiff     Michael J. Bonneville
              Defendants    Michael B. Wolk

SCHEDULING: The next status conference will be held on February 6, 2018, at 11:30 a.m.

SUMMARY: With the parties' consent, I will bifurcate discovery. In the initial phase, to be completed by January 18, 2018, the parties will exchange information pertaining to the anticipated dispositive motions on jurisdiction and timeliness. While those motions are pending, the parties agree that merits discovery should be stayed.

                                                    SO ORDERED

                                                    _____/s/_____
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge