

**Kriss &Feuerstein LLP**

360 Lexington Avenue, New York, NY 10017

**Michael J. Bonneville, Esq.**
P: (212) 661-2900
F: (212) 661-9397
mbonneville@kandfllp.com

December 26, 2018

*Via ECF*
Hon. Edward R. Korman, U.S.D.J.
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Gustavia Home LLC v. VVS1 Corp., et al.
      Docket No. 1:17-cv-04330-ERK-JO

Dear Judge Korman:

  As you know, we are the attorneys for Gustavia Home LLC ("*Plaintiff*"), Plaintiff in the above-referenced case. We are in receipt of Your Honor's Order dated December 19, 2018 (the "*Order*"), directing the parties to advise the Court, within 7 days of the Order, of the status of the appeal pending before the Appellate Division, Second Department concerning the dismissal of Defendant VVS1 Corp.'s foreclosure action (the "*Appeal*").

  On December 20, 2018, our office called and spoke with a clerk at the Appellate Division, Second Department, who advised us that the Appeal has been fully briefed, but has not yet been calendared for argument.

  Thank you for Your Honor's attention and consideration to this matter.

                Respectfully submitted,

                _____
                Michael J. Bonneville, Esq.

Cc: Hon. James Orenstein, U.S.M.J. (Via ECF)

   Law Offices of Michael B. Wolk, P.C. (Via ECF)
   Attorneys for Defendants